UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

LORENZA OJEDA,

Plaintiff,

v.                                                    CASE NO.: 2:23-cv-176-JES-NPM

GOODWILL INDUSTRIES OF
SOUTHWEST FLORIDA, INC., a Florida
Not for Profit Corporation,

     Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, **LORENZA OJEDA**, and Defendant, **GOODWILL INDUSTRIES OF
SOUTHWEST FLORIDA, INC**., by and through their undersigned attorneys,
hereby show the Court that all matters and things herein have been amicably resolved,
and therefore, the parties stipulate to the dismissal of the above styled action, pursuant
to Federal Rule of Civil Procedure 41, with prejudice and without costs to either party,
with each party to bear their own attorneys' fees.

Dated: October 11, 2023                    Respectfully submitted,

/s/ *Nathaly Saavedra*                     /s/ *Suzanne M. Boy*
Nathaly Saavedra, Esq.                     Suzanne M. Boy, Esq. (Lead Counsel)
Fla. Bar No. 118315                        Florida Bar No. 35400
Email: nathaly@peregonza.com               Email: suzanne@bapfirm.com
PEREGONZA THE ATTORNEYS, PLLC              BOY AGNEW POTANOVIC
5201 Blue Lagoon Drive, Suite 290          MILLER, PLLC
Miami, FL 33126                            23 Barkley Circle
Tel. (786) 650-0202                        Fort Myers, Florida 33907
*Counsel for Plaintiff*                    Telephone: (239) 208-6500
                                           *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Nathaly Saavedra*
Nathaly Saavedra, Esq. (Lead Counsel)
Fla. Bar No. 118315
Email: nathaly@peregonza.com
P. Brooks LaRou, Esq.
Florida Bar No. 1039018
Email: brooks@peregonza.com
PEREGONZA THE ATTORNEYS, PLLC
5201 Blue Lagoon Drive, Suite 290
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200

## SERVICE LIST
## UNITED STATES DISTRICT COURT
Case No. 2:23-cv-176-JES-NPM


Nathaly Saavedra, Esq. (Lead Counsel)
Fla. Bar No. 118315
Email: nathaly@peregonza.com
P. Brooks LaRou, Esq.
Florida Bar No. 1039018
Email: brooks@peregonza.com
PEREGONZA THE ATTORNEYS, PLLC
5201 Blue Lagoon Drive
Suite 290
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200

*Counsel for Plaintiff*


Suzanne M. Boy, Esq. (Lead Counsel)
Florida Bar No. 35400
Email: suzanne@bapfirm.com
Katherine E. Cook, Esq.
Florida Bar No. 1018517
Email: kati@bapfirm.com
BOY AGNEW POTANOVIC
MILLER, PLLC
23 Barkley Circle
Fort Myers, Florida 33907
Telephone: (239) 208-6500
Facsimile: (239) 208-6511
Secondary

*Counsel for Defendant*


Method of Service: CM/ECF Notice.