UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LORENZA OJEDA,

    Plaintiff,

v.                        Case No: 2:23-cv-176-JES-NPM

GOODWILL INDUSTRIES OF SOUTHWEST FLORIDA, INC., a Florida not for profit corporation,

    Defendant.

### ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. #24) filed on October 11, 2023. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this ___11th___ day of October 2023.

                                              JOHN E. STEELE
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record